1  **EUGENE B. STILLMAN** (S.B.N. 126435)
2  LAW OFFICE OF EUGENE B. STILLMAN
3  78-206 Varner Road, Suite D113
4  Palm Desert, California  92211
5  Telephone:  (760) 702-6330
6
7  **Attorney for Plaintiffs, Raymond Yasmin Cabrera, Jr. and R.C. III**
8
9
10                  UNITED STATES DISTRICT COURT
11                  CENTRIAL DISTRICT OF CALIFORNIA
12
13  **Raymond Yasmin Cabrera, Jr.**                    )    Case No.:
14  **and R.C. III,** a minor by and                         )
15  through his Guardian Ad Litem,                       )    **COMPLAINT FOR VIOLATION OF**
16  **Raymond Yasmin Cabrera, Jr.,**                  )    **CIVIL RIGHTS AND DAMAGES [42**
17                                                                      )    **U.S.C. § 1983] and STATE LAW TORT**
18                                         Plaintiffs,         )    **CAUSES OF ACTION FOR**
19                                                                      )    **BATTERY, FALSE IMPRISONMENT,**
20  v.                                                                 )    **NEGLIGENT INFLICTION OF**
21                                                                      )    **EMOTIONAL DISTRESS, AND**
22  **County Of Riverside, Riverside**               )    **INTENTIONAL INFLICTION OF**
23  **County Sheriff's Department,**                   )    **EMOTIONAL DISTRESS; and**
24  **Former Sheriff Stanley Sniff,**                   )    **DEMAND FOR JURY TRIAL**
25  **Sheriff Chad Bianco, Deputy E.**               )
26  **Chavez, Deputy J. Knudson,**                    )
27  **Deputy J. Lopez**, and Does 1-50,              )
28  inclusive,                                                      )
29                                                                      )
30                                         Defendants.      )
31
32                                              1
33
34  Case No.
35  _____
36
                                    Complaint For Violation Of Civil Rights And Damages
                                    [42 U.S.C. § 1983] and State Law Tort Causes Of Action
                                    For Battery, False Imprisonment, Negligent Infliction Of
                                    Of Emotional Distress, and Intentional Infliction Of
                                    Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

COMES NOW the Plaintiffs, Raymond Yasmin Cabrera, Jr., and R.C. III, by and through his Guardian Ad Litem, Raymond Yasmin Cabrera, Jr., (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned counsel, who hereby complain and allege, as follows:

## **INTRODUCTION**

1. This is an action brought pursuant to 42 U.S.C. § 1983 for deprivation of civil rights under color of law, along with state law tort causes of action for battery, false imprisonment, negligent infliction of emotional distress, and intentional infliction of emotional distress challenging the actions, policies, customs, and practices of Defendants, Former Riverside County Sheriff Stanley Sniff, Riverside County Sheriff Chad Bianco, Riverside County Sheriff Department Deputy Sheriff E. Chavez, Riverside County Sheriff Department Deputy Sheriff J. Knudson, and Riverside County Sheriff Department Deputy Sheriff J. Lopez, and Does 1-50, inclusive, violating the fundamental rights of Plaintiffs including, but not limited to, being free from unreasonable searches and seizures and deprivations of due process among other rights guaranteed by the United States Constitution.

2. The Defendants violated these rights of Plaintiffs when they unlawfully stopped the vehicle being driven by Plaintiff, Raymond Yasmin Cabrera, Jr., (hereinafter referred to as "Plaintiff Mr. Cabrera"), proceeded to engage in an unlawful and unlawfully prolonged detention of Plaintiff Mr. Cabrera, proceeded to engage in an unlawful arrest and false imprisonment of Plaintiff Mr. Cabrera, and/or

2

Case No. _____

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

proceeded to engage in the unreasonable, unlawful, and excessive use of force including, but not limited to, repeated baton strikes to the body of Plaintiff Mr. Cabrera and the application of pepper spray to the face and body of Plaintiff Mr. Cabrera, all of which occurred in the presence and view of the 6 year old son of Plaintiff Mr. Cabrera, Plaintiff, R.C., III, (hereinafter referred to as "Plaintiff R.C. III") who was a passenger in said vehicle, as well as the application of pepper spray to the face and body of Plaintiff R.C. III, which all occurred in the presence and view of Plaintiff Mr. Cabrera.

3. The Defendants further engaged in making factual assertions and drafting police reports regarding Plaintiffs that contained material omissions and misrepresentations intended to deceive and mislead anyone who read such reports to reasonably believe that the actions of Defendants were lawful. A reasonable officer in like or similar circumstances would have known not to engage in the making and drafting of such material omissions and misrepresentations.

4. The policies, customs, and practices of the Defendants contributed to said violations of rights of Plaintiffs.

## **JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 and 42 U.S.C. § 1983 because this action seeks to redress the deprivation, under color of the laws, ordinances, statutes, regulations, customs, and usages of the Defendants as they execute, administer, and enforce the complained of actions,

3

Case No.

Complaint For Violation Of Civil Rights And Damages
[42 U.S.C. § 1983] and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

policies, customs, and practices, of the rights, privileges, or immunities secured by the United States Constitution and by Acts of Congress, as well as the California Constitution and statutes of the California Legislature.

6. This Court has supplemental jurisdiction over the state claims as alleged in the Complaint pursuant to 28 U.S.C. §§ 1367(a) because all of the causes of action or claims derived from federal law and those arising under state law, as herein alleged, arose from a common nucleus of operative facts and are so related that they form part of the same controversy and the actions would ordinarily be expected to be tried in the same judicial proceedings.

7. This Court has personal jurisdiction over each of the Defendants because they acted under the color of laws, policies, customs, and/or practices of the County of Riverside and/or within the geographic confines of the County of Riverside and/or, based upon information and belief, are residents of this District and this State.

8. Venue is proper pursuant to 28 U.S.C. § 1391 because the Defendants executed, administered, and enforced the complained of actions, policies, customs, and practices against Plaintiffs in this District, the claim, incident, events, and/or omissions giving rise to this action harmed Plaintiffs in this District, and/or, based upon information and belief, the individual Defendants reside in this District and this State.

## **THE PARTIES**

9. Plaintiff Mr. Cabrera, is an individual and, at all times mentioned herein,

4

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

was a citizen of the United States residing in the County of Riverside, State of California, and is bringing this action both individually and as the Guardian Ad Litem on behalf of his son, Plaintiff R.C. III.

10. Plaintiff R.C. III is an individual and, at all times mentioned herein, was a citizen of the United States residing in the County of Riverside, State of California, and being a minor is bringing this action by and through his Guardian Ad Litem, his father, Plaintiff Mr. Cabrera.

11. Defendant, County of Riverside, (hereinafter referred to as "Defendant Riverside County") is a county and political subdivision, organized and existing under the Constitution and laws of the State of California with the capacity to sue and be sued. Defendant Riverside County, governed by a Board of Supervisors, is authorized to maintain a Sheriff's Department that acts as its agent in the area of law enforcement and for which it is ultimately responsible. Defendant Riverside County assumes the risks incidental to the maintenance of its Sheriff's Department and is charged with enforcement of all state and county laws and ordinances within the County of Riverside and the employment of its deputies. Defendant Riverside County has direct supervisory authority over Defendant, Riverside County Sheriff's Department, (hereinafter referred to as "Defendant RSO") and Defendant and Former Sheriff, Stanley Sniff, (hereinafter referred to as "Defendant Former Sheriff Sniff"), Defendant and Sheriff, Chad Bianco, (hereinafter referred to as "Defendant Sheriff Bianco") and the deputies therein, and the policies, practices, and customs of

5

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

Defendant RSO, along with the enforcement and implementation thereof, are the policies, practices, and customs of Defendant Riverside County for purposes of municipal liability. Defendant Riverside County is, and at all times mentioned herein was, responsible for policy making, hiring, supervision, training, control, and retention of the individually named Defendant Former Sheriff Sniff, Defendant Sheriff Bianco, and Deputies of Defendant Riverside County named herein.

12. Defendant RSO is a public entity and law enforcement agency organized and existing under the laws of the State of California, and as a department of Defendant Riverside County.

13. Defendant Former Sheriff Sniff is sued herein in his capacity as the former Sheriff-Coroner of Defendant Riverside County, and, in his official capacity, was responsible for implementation of, executing and administering the actions, laws, customs, practices, and policies of Defendant Riverside County. In that capacity, based upon information and belief, Defendant Former Sheriff Sniff was, and at all times herein mentioned was, enforcing the laws, customs, practices, and policies complained of in this action, at all times has acted under color of his authority as the Sheriff of Defendant Riverside County. Defendant Former Sheriff Smith, based upon information and belief, was, and at all times mentioned herein was, the chief policy maker and supervisor for Defendant RSO of Defendant Riverside County and the official responsible for the management, operation, and oversight of Defendant RSO including, but not limited to, hiring, operations protocols, training, discipline, and/or

6

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

supervision of employees of Defendant RSO including, but not limited to, the individual Defendants herein.   Defendant Former Sheriff Smith, based upon information and belief, established all policies, practices, and procedures and directed, supervised, condoned, and/or acquiesced in the unconstitutional conduct of the individual Defendants herein.  The policies, both express and de facto, established by Defendant Former Sheriff Sniff are, and at all times mentioned herein were, the policies of Defendant RSO and Defendant Riverside County and caused the constitutional deprivations suffered by Plaintiffs.

14. Defendant Sheriff Bianco is sued herein in his capacity as the Sheriff-Coroner of Defendant Riverside County, and, in his official capacity, is responsible for implementation of, executing and administering the actions, laws, customs, practices, and policies of Defendant Riverside County.  In that capacity, based upon information and belief, Defendant Sheriff Bianco is enforcing the laws, customs, practices, and policies complained of in this action, and at all times is acting under color of his authority as the Sheriff of Defendant Riverside County.   Defendant Sheriff Bianco, based upon information and belief, is the chief policy maker and supervisor for Defendant RSO of Defendant Riverside County and the official responsible for the management, operation, and oversight of Defendant RSO including, but not limited to, hiring, operations protocols, training, discipline, and/or supervision of employees of Defendant RSO including, but not limited to, the individual Defendants herein.  Defendant Sheriff Bianco, based upon information and

7

Case No.

Complaint For Violation Of Civil Rights And Damages
[42 U.S.C. § 1983] and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

belief, establishes all policies, practices, and procedures and directed, supervised, condoned, and/or acquiesced in the unconstitutional conduct of the individual Defendants herein.  The policies, both express and de facto, established by Defendant Sheriff Bianco are the policies of Defendant RSO and Defendant Riverside County and the continuing cause of the constitutional deprivations suffered by Plaintiffs.

15. Deputies E. Chavez, J. Knudsen, J. Lopez, and Does 1-40 (hereinafter collectively referred to as "Defendant Deputies") are deputy sheriffs employed by and/or acting as agents and/or representatives of Defendant RSO and Defendant Riverside County whose actions, in addition to those actions already described, assisted and/or contributed to the unlawful, unconstitutional, and tortious conduct that resulted in the unlawful stopping of the vehicle being driven by Plaintiff Mr. Cabrera, unlawful and unlawfully prolonged detention of Plaintiff Mr. Cabrera, unlawful arrest and false imprisonment of Plaintiff Mr. Cabrera, and/or the unreasonable, unlawful, and excessive use of force including, but not limited to,  repeated baton strikes to the body of Plaintiff Mr. Cabrera and the application of pepper spray to the face and body of Plaintiff Mr. Cabrera, all of which occurred in the presence and view of the 6 year old son of Plaintiff Mr. Cabrera, Plaintiff R.C. III who was a passenger in said vehicle, as well as the application of pepper spray to the face and body of Plaintiff R.C. III, which all occurred in the presence and view of Plaintiff Mr. Cabrera, and resulting damages.  The identity of Defendant Does 1-40 are currently unknown to Plaintiffs, who reserve the right to amend this complaint to further identify them

8

Case No.

| | Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial |

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

when such information becomes available through discovery or otherwise. Defendant Deputies, Defendant Former Sheriff Smith, and Defendant Sheriff Bianco are, and at all times mentioned herein were, acting under color of state law and in the course and scope of their respective employment as a sworn law enforcement officer with Defendant RSO and Defendant Riverside County.  Defendant Deputies, Defendant Former Sheriff Smith, and Defendant Sheriff Bianco are, and at all times mentioned herein were, knowingly aiding and abetting or acting in concert with each other with respect to each act or omission alleged in this Complaint.

16.  All Defendants are sued in their official capacities for damages arising from violations of 42 U.S.C. § 1983.

17.  Defendant Deputies, Defendant Former Sheriff Sniff, and Defendant Sheriff Bianco are also sued in their individual capacities for their violations of the clearly established Fourth and Fourteenth Amendment rights of Plaintiffs.

## FACTUAL ALLEGATIONS

18.  On September 9, 2016, Defendant, E. Chavez, (hereinafter referred to as "Defendant Deputy Chavez") effectuated a vehicle stop of Plaintiff Mr. Cabrera that, based upon information and belief, was premised upon fabricated events to support a California Vehicle Code violation of Section 27315(d), commonly known as a failure to wear a seat belt.  This vehicle stop occurred within approximately five (5) homes of the residence of Plaintiff Mr. Cabrera, in Mecca, Riverside County, California.

19.  Defendant Deputy Chavez, based upon information and belief, then

9

Case No. _____

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

proceeded to unreasonably and unlawfully escalate the circumstances with Plaintiff Mr. Cabrera by ordering him out of his vehicle, which Plaintiff Mr. Cabrera timely complied with by exiting his vehicle.   Defendant Deputy Chavez, based upon information and belief, then proceeded to further unreasonably and unlawfully escalate the circumstances with Plaintiff Mr. Cabrera by seeking to place him in handcuffs, disregarding the physical/medical/health condition of Plaintiff Mr. Cabrera, engaging in verbal violence, and then engaging in physical violence and the unreasonable and excessive use of force by striking Plaintiff Mr. Cabrera about his body repeatedly with his RSO Department issued Rapid Containment Baton (RCB). The more Plaintiff Mr. Cabrera attempted to avoid being struck with the RCB by Defendant Deputy Chavez, the more aggressive Defendant Deputy Chavez became towards Plaintiff Mr. Cabrera with his RCB striking actions to the body of Plaintiff Mr. Cabrera and then spraying Plaintiff Mr. Cabrera repeatedly to the face, as well as Plaintiff R.C. III, with RSO Department issued Sabre Red oleoresin capsicum spray (O.C. Spray) and commonly referred to as pepper spray.   At no time, during any of the foregoing actions, did Plaintiff Mr. Cabrera make any advances or movements towards Defendant Deputy Chavez, as all of his movements were attempting to escape and avoid being struck with the RCB and then the O.C. Spray.

20.   Plaintiff RC III, during the events set forth in the preceding paragraph and upon watching the aforementioned overly aggressive, unreasonable, and excessive use of force, and unlawful actions being taken towards his father, Plaintiff Mr.

10

Case No.

**Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

Cabrera, by Defendant Deputy Chavez, exited the vehicle in which he had been a passenger and Plaintiff Mr. Cabrera had been driving, and he too was unreasonably and unlawfully sprayed with O.C. Spray by Defendant Deputy Chavez.

21. Defendant, Deputy J. Knudson, (hereinafter referred to as "Defendant Deputy Knudson") and Defendant, Deputy J. Lopez, (hereinafter referred to as "Defendant Deputy Lopez") responded to the scene of said vehicle stop premised upon a purported failure to wear a seat belt to assist Defendant Deputy Chavez regarding the aforementioned circumstances that Defendant Deputy Chavez had created through his aforementioned unreasonable, overly aggressive, and excessive use of force unlawful actions.  Defendant Deputy Knudson, with assistance from Defendant Deputy Lopez, engaged in a DUI investigation that they created based upon fabricated symptoms being exhibited by Plaintiff Mr. Cabrera and knowingly and intentionally falsely determined Plaintiff Mr. Cabrera to be in violation of the Vehicle Code Section for driving a vehicle while under the influence of alcohol (commonly known as DUI in violation of Vehicle Code, Section 23152(a)).

22. In accordance with the foregoing circumstances, Plaintiff Mr. Cabrera was unlawfully placed under arrest and incarcerated within the jail facility of Defendant RSO by Defendants for, among other things, trumped up charges falsely asserting felony threatening of a police officer in violation of Penal Code, Section 69 and misdemeanor DUI.

23. In accordance with the foregoing described circumstances, Defendants

11

Case No.

**Complaint For Violation Of Civil Rights And Damages |42 U.S.C. § 1983| and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

unlawfully stopped the vehicle being driven by Plaintiff Mr. Cabrera, unlawfully detained and/or unlawfully prolonged the detention of Plaintiff Mr. Cabrera, unlawfully arrested and falsely imprisoned Plaintiff Mr. Cabrera, and/or engaged in the excessive, unreasonable, and unlawful use of force including, but not limited to, RCB strikes to the body of Plaintiff Mr. Cabrera and the application of O.C. Spray to the face and body of Plaintiff Mr. Cabrera, all of which occurred in the presence and view of the 6 year old son of Plaintiff Mr. Cabrera, Plaintiff R.C. III who also suffered O.C. Spray to his face and body, which all occurred in the presence and view of Plaintiff Mr. Cabrera in violation of their constitutional rights including, but not limited to such rights protected by the 4th and 14th Amendments to the United States Constitution and the similar constitutions protections in the California Constitution.

24.   At the time of said vehicle stop of Plaintiffs by Defendant Deputy Chavez and all of the events that occurred through and after the time of the arrival at the scene of said vehicle stop of Defendant Deputy Knudson and Defendant Deputy Lopez, each of these three Defendants chose to intentionally mislead, deceive, and otherwise make material omissions in the content of their respective police reports purportedly prepared to falsely and dishonestly memorialize said vehicle stop and events as if they were true and accurate as to how such events actually occurred for the purpose of misleading and deceiving any readers of such reports that they had carried out their law enforcement responsibilities as to Plaintiffs in a lawfully reasonable manner.

12

Case No.

**Complaint For Violation Of Civil Rights And Damages
[42 U.S.C. § 1983] and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

25.   On or about March 8, 2017, Plaintiffs had delivered a claim to Defendants for the injuries, disability, losses, and damages suffered and incurred by them by reason of the above-described occurrence, all in compliance with the requirements of Section 905 of the Government Code. A copy of the claim is attached hereto as Exhibit A and made a part hereof.

26.   Thereafter, Defendants rejected the claim in its entirety.

27.   On or about October 31, 2016, the Riverside County District Attorney filed a Felony Complaint commencing a felony criminal prosecution of Plaintiff Mr. Cabrera premised upon the aforementioned police reports generated by Defendant Deputy Chavez, Defendant Deputy Knudson, and Defendant Deputy Lopez.

28.   On July 3, 2018, the aforementioned criminal prosecution of Plaintiff Mr. Cabrera was resolved by Plaintiff Mr. Cabrera pleading nolo contendre (no contest) to the Court regarding all of the charges alleged against him, now misdemeanors, and being sentenced accordingly.

## FIRST CAUSE OF ACTION
### (Violation Of Civil Rights – 42 U.S.C. § 1983)

29.   Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 24, inclusive, as if they were fully set forth herein.

30.   Defendant Deputy Chavez violated the rights of Plaintiff Mr. Cabrera and Plaintiff R.C. III under the 4th and 14th Amendments to the United States Constitution by actions including, but not limited to, unlawfully stopping the vehicle being driven

13

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

by Plaintiff Mr. Cabrera, unlawfully detaining and/or unlawfully prolonging the detention of Plaintiff Mr. Cabrera, unlawfully arresting and falsely imprisoning Plaintiff Mr. Cabrera, and/or engaging in the lawfully unreasonable and excessive use of force including, but not limited to, RCB strikes to the body of Plaintiff Mr. Cabrera and the application of O.C. Spray to the face and body of Plaintiff Mr. Cabrera, all of which occurred in the presence and view of the 6 year old son of Plaintiff Mr. Cabrera, Plaintiff R.C. III who also suffered O.C. Spray to his face and body, which all occurred in the presence and view of Plaintiff Mr. Cabrera.

31.  Defendant Deputy Knudson and Defendant Deputy Lopez violated the rights of Plaintiff Mr. Cabrera under the 4th and 14th Amendments to the United States Constitution by actions including, but not limited to, unlawfully arresting and falsely imprisoning Plaintiff Mr. Cabrera.

32.  As a proximate result of the violations alleged in Paragraphs 1 through 24, 30, and 31, inclusive, Plaintiffs have suffered damages as heretofore alleged.

**SECOND CAUSE OF ACTION**
**(Violation Of Civil Rights – 42 U.S.C. § 1983**
**Monell Claim Against Defendant Riverside County, Defendant RSO,**
**Defendant Former Sheriff Sniff, and Defendant Sheriff Bianco)**

33.  Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 24, 30, and 31, inclusive, as if they were fully set forth herein.

34.  Defendant Former Sheriff Sniff and Defendant Sheriff Bianco had a duty to adequately train, supervise, and discipline their deputy sheriffs in order to protect

14

Case No.                                  Complaint For Violation Of Civil Rights And Damages
                                          [42 U.S.C. § 1983] and State Law Tort Causes Of Action
                                          For Battery, False Imprisonment, Negligent Infliction Of
                                          Of Emotional Distress, and Intentional Infliction Of
                                          Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

members of the public, including Plaintiffs, from being harmed by the deputy sheriffs unnecessarily.

35.  Said defendants were deliberately indifferent to such duties and thereby proximately caused injury to Plaintiffs as complained of herein.

## THIRD CAUSE OF ACTION
### (Battery)

36.  Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 28, 30, and 31, inclusive, as if they were fully set forth herein.

37.  Plaintiff Mr. Cabrera is informed and believes and thereon alleges that at the time of the above-described events, and at all other pertinent times, Defendants had no warrant for the arrest of Plaintiff Mr. Cabrera or other facts or information that constituted probable cause that Plaintiff Mr. Cabrera had ever committed or was about to commit a crime, so as to provide grounds for a lawful arrest; nor did Defendants have any facts or information that constituted a reasonable suspicion that Plaintiff Mr. Cabrera was involved in any unlawful activity so as to provide grounds for any detention or restraint whatsoever on the freedom of movement of Plaintiff Mr. Cabrera, and that the detention and arrest of Plaintiff Mr. Cabrera was, therefore, unlawful.

38. In doing the acts as alleged above, Defendants acted with the intent to make a physical contact with the person of Plaintiff Mr. Cabrera.

39.  At all times stated herein, Plaintiff Mr. Cabrera found the contact made

15

Case No.

**Complaint For Violation Of Civil Rights And Damages
|42 U.S.C. § 1983| and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

with his person by Defendants to be harmful and offensive to his person and dignity.

40. At no time did Plaintiff Mr. Cabrera consent to any of the acts of Defendants alleged above.

41. Plaintiff Mr. Cabrera protested his innocence of the charge(s) being asserted against him, but otherwise did not attempt to flee or physically resist arrest in any manner whatsoever.

42. Despite the willingness of Plaintiff Mr. Cabrera to submit to arrest, Defendant Deputy Chavez unlawfully stopped the vehicle being driven by Plaintiff Mr. Cabrera, unlawfully detained and/or unlawfully prolonged the detention of Plaintiff Mr. Cabrera, unlawfully arrested and falsely imprisoned Plaintiff Mr. Cabrera, and/or engaged in the unreasonable, excessive, and unlawful use of force including, but not limited to, RCB strikes to the body of Plaintiff Mr. Cabrera and the application of O.C. Spray to the face and body of Plaintiff Mr. Cabrera, all of which occurred in the presence and view of the 6 year old son of Plaintiff Mr. Cabrera, Plaintiff R.C. III who also suffered O.C. Spray to his face and body, which all occurred in the presence and view of Plaintiff Mr. Cabrera.

43. In doing the acts as alleged above, Defendants acted with the intent to make physical contact with the person of both Plaintiff Mr. Cabrera and Plaintiff R.C. III.

44. At no time did Plaintiff Mr. Cabrera or Plaintiff R.C. III consent to any of the acts of Defendants alleged above.

16

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

45.  As a proximate result of the acts of Defendants, Plaintiff R.C. III was hurt and injured to his health, strength, and activity, sustaining injury to his nervous system and person, all of which have caused, and continue to cause, Plaintiff R.C. III great mental, physical, and nervous pain and suffering including, but not limited to nightmares, separation anxiety, and injuries to his eyes and face.  Plaintiff R.C. III is informed and believes and thereon alleges that these injuries will result in some permanent disability to him.  As a result of these injuries, Plaintiff R.C. III has suffered general damages.

46.  As a further proximate result of Defendant's acts, Plaintiff R.C. III has incurred, and will continue to incur, medical and related expenses. The full amount of these expenses is not known to Plaintiff R.C. III at this time.

47.  As a proximate result of the acts of Defendants, Plaintiff Mr. Cabrera was hurt and injured to his health, strength, and activity, sustaining injury to his nervous system and person, all of which have caused, and continue to cause, Plaintiff Mr. Cabrera great mental, physical, and nervous pain and suffering including, but not limited to injuries to his back, lower torso, eyes, and face.  Plaintiff Mr. Cabrera is informed and believes and thereon alleges that these injuries will result in some permanent disability to him.  As a result of these injuries, Plaintiff Mr. Cabrera has suffered general damages.

48.  As a further proximate result of Defendant's acts, Plaintiff Mr. Cabrera has incurred, and will continue to incur, medical and related expenses. The full

17

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

amount of these expenses is not known to Plaintiff Mr. Cabrera at this time.

49. As a further proximate result of the acts of Defendants, Plaintiff Mr. Cabrera was prevented from attending to his usual occupation in the field of construction work for a period of time and thereby lost earnings to his damage. Plaintiff thereby has lost and will lose earnings. As a further proximate result of the acts of Defendants, the present and future earning capacity of Plaintiff Mr. Cabrera has been greatly impaired.

50. The aforementioned conduct of Defendants was willful and malicious and was intended to oppress and cause injury to Plaintiffs. Plaintiffs are therefore entitled to an award of punitive damages.

## FOURTH CAUSE OF ACTION
### (False Imprisonment)

51. Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 28, 30 and 31, and 37 through 44, inclusive, as if they were fully set forth herein.

52. The aforementioned actions of Defendants were malicious and without warrant or order of commitment or any other legal authority of any kind, when Plaintiff Mr. Cabrera had not committed any crime or public offense. Defendants accused Plaintiff Mr. Cabrera of committing the offense of felony threatening of a police officer in violation of Penal Code, Section 69 and misdemeanor DUI in violation of Vehicle Code, Section 23152(a), but in fact such offenses had not

18

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6230

occurred, nor did Defendants have probable cause to believe that they had occurred or that Plaintiff Mr. Cabrera had committed them.

53.   Defendants delivered Plaintiff Mr. Cabrera to the County Jail of Defendant RSO at Indio, Riverside County, California where Plaintiff Mr. Cabrera was imprisoned for a period of time until his release was secured.

54.   As a proximate result of the acts of Defendants herein alleged, Plaintiff was compelled to secure his release and the release of his vehicle, along with monies expended for bail bond fees and attorney fees in the related criminal prosecution of him.

55.   As a proximate result of the acts of Defendants, Plaintiff Mr. Cabrera was hurt and injured to his health, strength, and activity, sustaining injury to his nervous system and person, all of which have caused, and continue to cause, Plaintiff Mr. Cabrera great mental, physical, and nervous pain and suffering including, but not limited to injuries to his back, legs, lower torso, eyes, and face.  Plaintiff Mr. Cabrera is informed and believes and thereon alleges that these injuries will result in some permanent disability to him.  As a result of these injuries, Plaintiff Mr. Cabrera has suffered general damages.

56.   As a further proximate result of Defendant's acts, Plaintiff Mr. Cabrera has incurred, and will continue to incur, medical and related expenses. The full amount of these expenses is not known to Plaintiff Mr. Cabrera at this time.

57.   As a further proximate result of the acts of Defendants, Plaintiff Mr.

19

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

Cabrera was prevented from attending to his usual occupation in the field of construction work for a period of time and thereby lost earnings to his damage. Plaintiff thereby has lost and will lose earnings.  As a further proximate result of the acts of Defendants, the present and future earning capacity of Plaintiff Mr. Cabrera has been greatly impaired.

58. The acts of Defendants, as herein alleged, were willful, wanton, malicious, and oppressive, and justify the awarding of punitive damages.

### FIFTH CAUSE OF ACTION
### (Negligent Infliction Of Emotional Distress)

59.  Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 28, 30 and 31, 37 through 44, and 52 through 53, inclusive, as if they were fully set forth herein.

60.  Defendants knew, or should have known, that the failure of each of them to exercise due care in the performance of their law enforcement duties would cause Plaintiffs, and each of them, severe emotional distress.

61.  At all times herein mentioned, Plaintiffs were in close proximity to the hereinabove-described actions of Defendants towards Plaintiff Mr. Cabrera and Plaintiff R.C. III, respectively, and personally witnessed said actions of Defendants towards the other of Plaintiff R.C. III and Plaintiff Mr. Cabrera, respectively.

62.  Because of the negligence of Defendants and as a proximate result thereof, Plaintiffs have each sustained severe emotional distress and mental suffering, all of

20

Case No.

Complaint For Violation Of Civil Rights And Damages
[42 U.S.C. § 1983] and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

which has caused, continues to cause, and will cause each of them great physical and mental pain and suffering, all to their damage.

63.   Plaintiffs, and each of them, were reasonably required to and did incur medical and incidental expenses for the examination, treatment, and care of these injuries, the exact amount of which is unknown at this time. Plaintiffs are informed and believe, and therefore allege, that each of them will in the future be reasonably required to incur similar obligations.

64.   Plaintiff Mr. Cabrera has lost wage benefits and has sustained an injury to and an impairment of present and future earning capacity and the ability to engage in gainful occupation and has thereby suffered damages.

## SIXTH CAUSE OF ACTION
### (Intentional Infliction Of Emotional Distress)

65.   Plaintiffs incorporate and reallege by reference the foregoing paragraphs 1 through 28, 30 and 31, 37 through 44, and 52 through 53, inclusive, as if they were fully set forth herein.

66.   Defendants knew, or should have known, that the failure of each of them to exercise due care in the performance of their law enforcement duties would cause Plaintiffs, and each of them, severe emotional distress.

67.   The acts of Defendants, as herein alleged, were intentional and/or engaged in with reckless disregard towards Plaintiffs.

68. The acts of Defendants, as herein alleged, were willful, wanton, malicious,

21

Case No.

Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

and oppressive, and justify the awarding of punitive damages.

69. At all times herein mentioned, Plaintiffs were in close proximity to the hereinabove-described actions of Defendants towards Plaintiff Mr. Cabrera and Plaintiff R.C. III, respectively, and personally witnessed said actions of Defendants towards the other of Plaintiff R.C. III and Plaintiff Mr. Cabrera, respectively.

70. Because of the negligence of Defendants and as a proximate result thereof, Plaintiffs have each sustained severe emotional distress and mental suffering, all of which has caused, continues to cause, and will cause each of them great physical and mental pain and suffering, all to their damage.

71. Plaintiffs, and each of them, were reasonably required to and did incur medical and incidental expenses for the examination, treatment, and care of these injuries, the exact amount of which is unknown at this time. Plaintiffs are informed and believe, and therefore allege, that each of them will in the future be reasonably required to incur similar obligations.

72. Plaintiff Mr. Cabrera has lost wage benefits and has sustained an injury to and an impairment of present and future earning capacity and the ability to engage in gainful occupation and has thereby suffered damages.

## PRAYER

WHEREFORE, Plaintiffs pray for judgment, as follows:

ON THE FIRST AND SECOND CAUSES OF ACTION

a. For compensatory damages to Plaintiffs for injury, emotional distress, and

22

Case No.

Complaint For Violation Of Civil Rights And Damages
[42 U.S.C. § 1983] and State Law Tort Causes Of Action
For Battery, False Imprisonment, Negligent Infliction Of
Of Emotional Distress, and Intentional Infliction Of
Emotional Distress; and Demand For Jury Trial

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone:  (760) 702-6330

for medical expenses;

b.  For punitive damages against Defendant Deputy Chavez, Defendant Deputy Knudson, and Defendant Deputy Lopez, and each of them;

ON THE THIRD CAUSE OF ACTION

c.  For general damages according to proof;

d.  For medical and related expenses according to proof;

e.  For lost earnings, past and future, according to proof;

f.  For punitive damages;

g.  For interest as allowed by law;

ON THE FOURTH CAUSE OF ACTION

h.  For general damages according to proof;

i.  For medical and related expenses according to proof;

j.  For lost earnings, past and future, according to proof;

k.  For punitive damages;

l.  For interest as allowed by law;

ON THE FIFTH CAUSE OF ACTION

m.  For general damages according to proof;

n.  For medical and related expenses according to proof;

o.  For lost earnings, past and future, according to proof;

p.  For interest as allowed by law;

ON THE SIXTH CAUSE OF ACTION

23

Case No. _____

**Complaint For Violation Of Civil Rights And Damages [42 U.S.C. § 1983] and State Law Tort Causes Of Action For Battery, False Imprisonment, Negligent Infliction Of Of Emotional Distress, and Intentional Infliction Of Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite D113
Palm Desert, California 92211
Telephone: (760) 702-6330

q.  For general damages according to proof;

r.  For medical and related expenses according to proof;

s.  For lost earnings, past and future, according to proof;

t.  For punitive damages;

u.  For interest as allowed by law;

ON ALL CAUSES OF ACTION

v.  For costs of suit incurred herein; and

w.  Such other and further relief as the Court deems just and proper.

Dated:  January 3, 2019                    Respectfully submitted,

                                           LAW OFFICE OF EUGENE B. STILLMAN

                                           By:/s/ Eugene B. Stillman_____
                                               Eugene B. Stillman
                                               Attorney for Plaintiffs, Raymond Yasmin
                                               Cabrera, Jr. and R.C. III

## JURY DEMAND

Plaintiffs hereby demand that this matter be tried to a jury.

Dated:  January 3, 2019                    Respectfully submitted,

                                           LAW OFFICE OF EUGENE B. STILLMAN

                                           By:/s/ Eugene B. Stillman_____
                                               Eugene B. Stillman
                                               Attorney for Plaintiffs, Raymond Yasmin
                                               Cabrera, Jr. and R.C. III

                                               24

Case No.                                   **Complaint For Violation Of Civil Rights And Damages**
                                           **[42 U.S.C. § 1983] and State Law Tort Causes Of Action**
                                           **For Battery, False Imprisonment, Negligent Infliction Of**
                                           **Of Emotional Distress, and Intentional Infliction Of**
                                           **Emotional Distress; and Demand For Jury Trial**

LAW OFFICE OF
EUGENE B. STILLMAN
78-206 Varner Road
Suite B113
Palm Desert, California 92211
Telephone:  (760) 702-6330